STATE v. PHILLIPS

No. 583P87.

Case below: 87 N.C. App. 246.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. PLANTER

No. 633P87.

Case below: 87 N.C. App. 585.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. ROLAND

No. 18A88.

Case below: 87 N.C. App. 19.

Motion by the State to dismiss appeal in part allowed 3 February 1988. Petition by defendant for discretionary review as to additional issues pursuant to App. Rule 16(b) denied 3 February 1988.

STATE v. SMITH

No. 574P87.

Case below: 87 N.C. App. 217.

Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 3 February 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

STATE v. TART

No. 56P88.

Case below: 88 N.C. App. 483.

Petition by defendant for writ of supersedeas and temporary stay denied 4 February 1988.